UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 11 2021**

JEFFREY P. COLWELL
CLERK

Aimee O'Neil,

    Plaintiff,

v.

Grand Z Casino,

    Defendant,

ORIGNINAL COMPLAINT

The Plaintiff alleges:

1. Jurisdiction is 42 U.S.C. 12101 of The Americans with Disabilities Act Of 1990

2. The plaintiff resides at 9717 Sandmist Avenue, Las Vegas, Nevada 89134

3. The defendant, The Grand Z Casino, is located 321 Gregory Street, Central City, Colorado 80427

4. The plaintiff was hired by the Grand Z Casino mid December of 2019,

As a restaurant server

5. The Casino imposed a strict sexual harassment assessment and class

To all new hires

6. On or about the second week of January, 2020, at 5:45 am, the plaintiff

Was in the personel elevator, the plaintiff had just clocked in for work.

The plaintiff had stayed the night at the casino, which she did frequently,

At discretion of Colorado employment rules of scheduling of 8 or less

Hours between shifts, to avoid a two hour commute from Denver

7. A unidentified male was in the elevator. The plaintiff had worked

16 hours the day before, was tired and the assailant, a employee, said,

" Im going to take you out." The plaintiff opened her eyes and goes no

Your not. The unidentified male attempted to grab the plaintiff in the

Elevator and restrain her

8. The plaintiff went immediately to the cage, to find a GENERAL

CASINO manager to report this act.

9. The plaintiff than called 911 after the casino told her not to.

10. The plaintiff was on Colorado Parole at the time, Parole said

Call 911 now

11. The plaintiff followed directions and reported the act immediately

To the Colorado State Police

12. Mr. Taylor Isham, the former Colorado Parole Officer, contacted The Colorado Parole Board and got an early emergency discharge of Supervision for the plaintiff and instructed her to return to Nevada Promptly

13. The plaintiff alleges sexual harassment

14. A Federal Right to Sue Letter was issued

Dated: January 6, 2021

*Aimee O'Neil*
Aimee O'Neil
9717 Sandmist Avenue
Las Vegas, Nevada 89134
702-302-0481