IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00075-STV

AIMEE O'NEIL MORRISON

    Plaintiff,

v.

GRAND Z CASINO

    Defendant.

---

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case and pursuant to Fed. R. Civ. P 58(a), the following FINAL JUDGMENT is hereby entered.

Pursuant to the Order [Doc. No. 53] entered by the Honorable Scott T. Varholak on September 9, 2021, it is

ORDERED that this case be dismissed for Plaintiff, Aimee O'Neil Morrison's failure to prosecute. It is

FURTHER ORDERED that judgment shall enter in favor of the Defendant Grand Z Casino and against the Plaintiff, Aimee O'Neil Morrison.

DATED at Denver, Colorado this 13th day of September 2021 .

                                        FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK
                                      <u>s/M. Ortiz</u>
                                      M. Ortiz,
                                      Deputy Clerk